FILED
SCRANTON

JUN 0 6 2023

Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 3:23-CR- 149 |
| v. | : |
| | : |
| NICHOLAS DOMBEK, | : (MEHALCHICK, M.J.) |
| Defendant. | : |

## ORDER FOR WARRANT

NOW, this 6th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **NICHOLAS DOMBEK**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE