IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:23-CR- 149 |
| v. | |
| ALFRED ATSUS, | (MEHALCHICK, M.J.) |
| Defendant. | |

## ORDER FOR WARRANT

NOW, this 6th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **ALFRED ATSUS**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE