# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES BARRE
JUN 13 2023
PER _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAMIEN BOLAND,

Defendant.

:
:
:
:
:
:
:
:
:
:

3:23-CR-00149-2-MEM

ORDER APPOINTING COUNSEL

The individual named below, having testified under oath or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant financially qualifies for court-appointed counsel, therefore,

IT IS ORDERED that Matthew L. Clemente is hereby appointed to represent Defendant, Damien Boland.

DATED this 13th day of June, 2023.

_____
Joseph F. Saporito, Jr.
United States Magistrate Judge