UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
vs. : 3:23-CR-149-2
:
DAMIEN BOLAND, :
:
Defendant :

## PLEA

AND NOW, this 13th day of June, 2023, the within named Defendant, DAMIEN BOLAND, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant