# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-CR-149-2 |
| | ) | |
| DAMIEN BOLAND | ) | |
| *Defendant* | ) | |

*FILED WILKES-BARRE JUN 13 2023 PER M  DEPUTY CLERK*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | MAX ROSENN U.S. COURTHOUSE<br>197 SOUTH MAIN STREET<br>WILKES-BARRE PA 18701 | Courtroom No.: | 1, FIRST FLOOR |
|---|---|---|---|
| | | Date and Time: | 6/16/2023 9:45 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 6/13/2023

*Joseph F. Saporito, Jr.*
*Judge's signature*

JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE
*Printed name and title*