UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:23-CR-149-02 |
| DAMIEN BOLAND | : | |
| Defendant | : | |

## O R D E R

The parties shall have until **July 3, 2023** to file any Pretrial Motions and Motions *in Limine* in this case.

Jury Selection and Trial are scheduled for **Monday, August 21, 2023 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

s/Malachy E. Mannion
**Malachy E. Mannion**
**United States District Judge**

**Dated: June 14, 2023**
23-149-01