AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH ATSUS | ) Case No. 3:23CR149 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED
WILKES BARRE
JUN 15 2023
PER ___ MS
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Atsus ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC §371  Conspiracy to Commit Theft of Major Artwork, Conceallment and Disposal of Major Artwork and Interstate Transportation of Stolen Property
18 USC §668 Theft of Major Artwork

Date: 06/06/2023

*Issuing officer's signature*

City and state: Scranton, Pennsylvania

Sylvia C. Murphy, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/7/23 , and the person was arrested on *(date)* 6/15/23
at *(city and state)* WILKES-BARRE, PA .

Date: 6/15/23

*Arresting officer's signature*

J. LAVELLE/DUSM
*Printed name and title*