AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
ALFRED ATSUS

Case No. 3:23CR149

FILED WILKES-BARRE
JUN 15 2023
PER MS DEPUTY CLERK

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Alfred Atsus
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC §371 Conspiracy to Commit Theft of Major Artwork, Conceallment and Disposal of Major Artwork and Interstate Transportation of Stolen Property
18 USC §668 Theft of Major Artwork

Date: 06/06/2023

_____
Issuing officer's signature

City and state: Scranton, Pennsylvania

Sylvia C. Murphy, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/7/23, and the person was arrested on *(date)* 6/15/23
at *(city and state)* WILKES-BARRE, PA.

Date: 6/15/23

_____
Arresting officer's signature

J. LAVELLE / DUSM
*Printed name and title*