IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, | : | |
| JOSEPH ATSUS AND | : | JUDGE MANNION |
| NICHOLAS DOMBEK | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this 8th day of January, 2024, upon consideration of Defendants Damien Boland, Alfred Atsus, Joseph Atsus, and Nicholas Dombek's Joint Motion to Continue the Deadline to file Pre-trial Motions, Jury Selection and Trial, IT IS HEREBY ORDERED that the deadlines are as follows:

1. Pre-trial motions                March 12, 2024;
2. Final Pre-trial Conference       April 24, 2024 at 1:30 pm;
3. Jury selection and trial date    May 13, 2024 at 9:30 am.

Malachy E. Mannion
United States District Judge