## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DOMBEK, et. al., | : | JUDGE MANNION |
| | : | |
| Defendants. | : | |
| | : | ELECTRONICALLY FILED |

### ENTRY OF APPEARANCE

Kindly enter my appearance, in ADDITION to Jason J. Mattioli, Esquire on behalf of Defendant Alfred Atsus ONLY in the above-captioned matter.

                                            Respectfully submitted,

                                            /s/ Michael J. Ossont
                                            Michael J. Ossont, Esquire
                                            (PA ID 310437)

                                            Attorney for Defendant, Alfred Atsus

The Mattioli Law Firm
425 Biden Street, Suite 300
Scranton, PA 18503
(570) 880-7389

Date: July 12, 2024

## **CERTIFICATE OF SERVICE**

I, Michael J. Ossont, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 12th day of July 2024:

James Buchanan, Esquire
United States Attorney's Office
235 North Washington Avenue
Suite 311
Scranton, PA 18501

Patrick A. Casey, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503

Matthew L. Clemente, Esquire
Matthew L. Clemente, Attorney at Law
88 North Franklin Street, 2nd Floor
Wilkes Barre, PA 18640

Ernest D. Preate Jr., Esquire
120 South State Street
Clarks Summit, PA 18411

Respectfully submitted,

/s/ Michael J. Ossont
Michael J. Ossont, Esquire
(PA ID 310437)

Attorney for Defendant, Alfred Atsus