**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, | : | |
| JOSEPH ATSUS AND | : | JUDGE MANNION |
| NICHOLAS DOMBEK | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

**JOINT REQUEST FOR PRE-TRIAL DISCLOSURE OF**
**CO-CONSPIRATOR STATEMENTS PURSUANT TO**
**FED. R. EVID. 801(d)(2)(E) AS TO DEFENDANTS**
**DAMIEN BOLAND, ALFRED ATSUS, AND JOSEPH ATSUS**

Defendants Damien Boland, Alfred Atsus, and Joseph Atsus, by and through

their undersigned counsel, hereby respectfully jointly request from the Government

pre-trial disclosure of all co-conspirator statements which the government intends

to admit in its case-in-chief as statements of co-conspirators pursuant to

801(d)(2)(E).  *United States v. Bobb*, 471 F.3d 491, 498 (3d Cir. 2006); *United*

*States v. Gambino*, 926 F.2d 1355, 1361 n.5 (3d Cir. 1991); and *Bourjaily v.*

*United States*, 483 U.S. 171 (1987).

Pursuant to the instructions of the Court, Defendants have identified this Request as being of a common interest to them. Defendants have therefore filed this Request jointly, in an effort to narrow and focus the issues that are pending before the Court.

Respectfully submitted,

/s/Jason J. Mattioli
Jason J. Mattioli
The Mattioli Law Firm
425 Biden Street, Suite 300
Scranton, PA 18503
(570) 880-7389
*Attorney for Defendant, Alfred Atsus*

/s/Matthew L. Clemente
Matthew L. Clemente
88 N. Franklin Street
Second Floor
Wilkes-Barre, PA 18701
(570) 266-8986

*Attorney for Defendant,*
*Damien Boland*

/s/ Patrick A. Casey
Patrick A. Casey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

*Attorney for Defendant, Joseph Atsus*

Date:  July 12, 2024

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Request for Pre-Trial Disclosure of Co-Conspirator Statements Pursuant to Fed. R. Evid. 801(d)(2)(E) was served upon the following counsel of record via the Court's ECF system on this 12th day of July 2024:

> James Buchanan, Esquire
> United States Attorney's Office
> 235 North Washington Avenue
> Suite 311
> Scranton, PA 18501
>
> Matthew L. Clemente, Esquire
> Matthew L. Clemente, Attorney at Law
> 88 North Franklin Street, 2nd Floor
> Wilkes Barre, PA 18640
>
> Jason J. Mattioli, Esquire
> Michael J. Ossont, Esquire
> The Mattioli Law Firm
> 425 Biden Street, Suite 300
> Scranton, PA 18503
>
> Ernest D. Preate Jr., Esquire
> 120 South State Street
> Clarks Summit, PA 18411

/s/ Patrick A. Casey
Patrick A. Casey