IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, | : | |
| JOSEPH ATSUS AND | : | JUDGE MANNION |
| NICHOLAS DOMBEK | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

**JOINT REQUEST FOR PRE-TRIAL NOTICE OF ANY
EVIDENCE THE GOVERNMENT INTENDS TO INTRODUCE
AT TRIAL PURSUANT TO RULE 404(b)(2) AS TO DEFENDANTS
<u>DAMIEN BOLAND, ALFRED ATSUS, AND JOSEPH ATSUS</u>**

Defendants Damien Boland, Alfred Atsus, and Joseph Atsus, by and through their undersigned counsel, respectfully request from the Government pre-trial notice of any other crimes, wrongs, or acts evidence it intends to introduce at trial in accordance with Federal Rules of Evidence 404(b)(2).

Pursuant to the instructions of the Court, Defendants have identified this Request as being of a common interest to them. Defendants have therefore filed this Request jointly, in an effort to narrow and focus the issues that are pending before the Court.

Respectfully submitted,

/s/Jason J. Mattioli
Jason J. Mattioli
The Mattioli Law Firm
425 Biden Street, Suite 300
Scranton, PA 18503
(570) 880-7389

*Attorney for Defendant, Alfred Atsus*

/s/Matthew L. Clemente
Matthew L. Clemente
88 N. Franklin Street
Second Floor
Wilkes-Barre, PA 18701
(570) 266-8986

*Attorney for Defendant,*
*Damien Boland*

/s/ Patrick A. Casey
Patrick A. Casey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

*Attorney for Defendant, Joseph Atsus*

Date:  July 12, 2024

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Request for Pre-Trial Notice of Any Evidence the Government Intends to Introduce at Trial Pursuant to Rule 404(b)(2) was served upon the following counsel of record via the Court's ECF system on this 12th day of July 2024:

>James Buchanan, Esquire
>United States Attorney's Office
>235 North Washington Avenue
>Suite 311
>Scranton, PA 18501
>
>Matthew L. Clemente, Esquire
>Matthew L. Clemente, Attorney at Law
>88 North Franklin Street, 2nd Floor
>Wilkes Barre, PA 18640
>
>Jason J. Mattioli, Esquire
>Michael J. Ossont, Esquire
>The Mattioli Law Firm
>425 Biden Street, Suite 300
>Scranton, PA 18503
>
>Ernest D. Preate Jr., Esquire
>120 South State Street
>Clarks Summit, PA 18411

/s/ Patrick A. Casey
Patrick A. Casey