# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, AND | : | |
| JOSEPH ATSUS. | : | JUDGE MANNION |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## DEFENDANTS DAMIEN BOLAND, ALFRED ATSUS, AND JOSEPH ATSUS' JOINT MOTION TO SEVER

Defendants Joseph Atsus, Alfred Atsus, and Damien Boland, by and through their undersigned counsel, hereby move to sever pursuant to Fed. R. Crim. P. 14. In support of their Motion, the Defendants rely on their supporting memorandum of law being filed simultaneously herewith.

                                                  Respectfully submitted,

                                                  /s/Jason J. Mattioli
                                                  Jason J. Mattioli
                                                  Michael J. Ossont
                                                  *Attorney for Defendant*
                                                  *Alfred Atsus*

                                                  /s/Matthew L. Clemente
                                                  Matthew L. Clemente
                                                  *Attorney for Defendant*
                                                  *Damien Boland*

                                                  /s/ Patrick A. Casey
                                                  Patrick A. Casey
                                                  *Attorney for Defendant, Joseph Atsus*

## CERTIFICATE OF NON-CONCURRENCE

I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney James Buchanan in this Motion.  Mr. Buchanan does not concur in this Motion. Counsel sought the concurrence of co-counsel, Ernie D. Preate, Esq, on July 12, 2024 and will supplement the Court with his response.

/s/ Patrick A. Casey
Patrick A. Casey

Date:  July 12, 2024

# CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Joint Motion to Sever was served upon the counsel of record via the Court's ECF system on this 12th day of July, 2024:

> James Buchanan, Esquire
> United States Attorney's Office
> 235 North Washington Avenue
> Suite 311
> Scranton, PA 18501
>
> Matthew L. Clemente, Esquire
> Matthew L. Clemente, Attorney at Law
> 88 North Franklin Street, 2nd Floor
> Wilkes Barre, PA 18640
>
> Jason J. Mattioli, Esquire
> Michael J. Ossont, Esquire
> The Mattioli Law Firm
> 425 Biden Street, Suite 300
> Scranton, PA 18503
>
> Ernest D. Preate Jr., Esquire
> 120 South State Street
> Clarks Summit, PA 18411

                                                          /s/ Patrick A. Casey
                                                          Patrick A. Casey