# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, | : | |
| JOSEPH ATSUS AND | : | JUDGE MANNION |
| NICHOLAS DOMBEK | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE GOVERNMENT'S EXPERT TESTIMONY REGARDING THE AUTHENTICITY, VALUE, AND/OR AGE OF THE ALLEGED OBJECTS OF CULTURAL HERITAGE

Defendants, Damien Boland, Alfred Atsus, and Joseph Atsus, by and through their undersigned counsel, hereby jointly move *in limine* to exclude the government's expert testimony regarding the authenticity, value, and/or age of the alleged objects of cultural heritage. In support of their Motion, the Defendants rely on their supporting memorandum of law being filed simultaneously herewith.

Respectfully submitted,

/s/Jason J. Mattioli
Jason J. Mattioli
Michael J. Ossont
*Attorneys for Defendant*
*Alfred Atsus*

/s/Matthew L. Clemente
Matthew L. Clemente

*Attorney for Defendant*
*Damien Boland*

/s/ Patrick A. Casey
Patrick A. Casey
*Attorney for Defendant*
*Joseph Atsus*

Date:  July 12, 2024

## **CERTIFICATE OF NON-CONCURRENCE**

I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney James Buchanan in this Motion.  Mr. Buchanan does not concur in this Motion. Counsel sought the concurrence of co-counsel, Ernie D. Preate, Esq, on July 12, 2024 and will supplement the Court with his response.

/s/ Patrick A. Casey
Patrick A. Casey

Date:  July 12, 2024

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Joint Motion *in Limine* to Exclude the Government's Expert Testimony Regarding the Authenticity, Value, and/or Age of the Alleged Objects of Cultural Heritage was served upon the counsel of record via the Court's ECF system on this 12th day of July, 2024:

>James Buchanan, Esquire
>United States Attorney's Office
>235 North Washington Avenue
>Suite 311
>Scranton, PA 18501
>
>Matthew L. Clemente, Esquire
>Matthew L. Clemente, Attorney at Law
>88 North Franklin Street, 2nd Floor
>Wilkes Barre, PA 18640
>
>Jason J. Mattioli, Esquire
>The Mattioli Law Firm
>425 Biden Street, Suite 300
>Scranton, PA 18503
>
>Ernest D. Preate Jr., Esquire
>120 South State Street
>Clarks Summit, PA 18411

/s/ Patrick A. Casey
Patrick A. Casey