IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, AND | : | |
| JOSEPH ATSUS. | : | JUDGE MANNION |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## DEFENDANT JOSEPH ATSUS' MOTION IN *LIMINE* TO EXCLUDE STATEMENTS PROTECTED UNDER THE SPOUSAL IMMUNITY PRIVILEGE

Defendant Joseph Atsus, by and through his undersigned counsel, hereby moves to exclude statements protected under the spousal immunity privilege pursuant to Title 42 Pa. C.S.A. § 5914. In support of his Motion, the Defendant relies on his supporting memorandum of law being filed simultaneously herewith.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey

*Attorney for Defendant, Joseph Atsus*

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date:  July 12, 2024

## **CERTIFICATE OF NON-CONCURRENCE**

I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney James Buchanan in this Motion.  Mr. Buchanan does not concur in this Motion. Counsel sought the concurrence of co-counsel, Ernie D. Preate, Esq, on July 12, 2024 and will supplement the Court with his response.

/s/ Patrick A. Casey
Patrick A. Casey

Date:  July 12, 2024

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Defendant Joseph Atsus' Motion in *Limine* to Exclude Statements Protected Under the Spousal Immunity Privilege was served upon the counsel of record via the Court's ECF system on this 12th day of July, 2024:

> James Buchanan, Esquire
> United States Attorney's Office
> 235 North Washington Avenue
> Suite 311
> Scranton, PA 18501
>
> Matthew L. Clemente, Esquire
> Matthew L. Clemente, Attorney at Law
> 88 North Franklin Street, 2nd Floor
> Wilkes Barre, PA 18640
>
> Jason J. Mattioli, Esquire
> Michael J. Ossont, Esquire
> The Mattioli Law Firm
> 425 Biden Street, Suite 300
> Scranton, PA 18503
>
> Ernest D. Preate Jr., Esquire
> 120 South State Street
> Clarks Summit, PA 18411

                                                /s/ Patrick A. Casey
                                                Patrick A. Casey