# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR-149 |
| v. | : | (Judge Mannion) |
| NICHOLAS DOMBEK | : | (Electronically Filed) |
| Defendant | : | |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR DEFENDANT

AND NOW, comes the Movant, Ernest D. Preate, Jr., Esquire, who hereby moves this Honorable Court to grant leave to withdraw as counsel for the Defendant NICHOLAS DOMBEK in the above referenced matter and, in support thereof, avers as follows:

1. Movant was retained by members of Defendant's family for purposes of providing representation to Defendant in the within case.

2. Movant and Defendant have reached the point where there is substantial disagreement on how to proceed in defending the charges against Defendant.

3. Movant has spent countless hours over the last year meeting with Defendant, his family and the government in an attempt to resolve the within matter, or, at least, reach a consensus on a defense strategy.

4. Despite repeated attempts at reconciling on a common defense strategy, Movant and Defendant are at an impasse and the divergent defense strategies have fractured the attorney/client relationship.

5. Defendant's family has refused to provide additional financial assistance to Defendant to support Defendant's contemplated defense strategy.

6. Movant's representation of Defendant going forward will result in an unreasonable financial burden on Movant and representation has been rendered unreasonably difficult by Defendant.

7. Movant presents this Motion for Leave to Withdraw in accordance with Rule 1.16(b)(1),(5),(6) and/or (7) of the Rules of Professional Conduct.

8. Movant has discussed this request with Assistant United States Attorney James M. Buchanan, Jr., Esquire.

9. The Government is not opposed to the requested relief.

WHEREFORE, Movant, ERNEST D. PREATE, JR., ESQUIRE, respectfully requests that this Honorable Court enter an Order granting undersigned counsel leave to withdraw as Counsel for Defendant in the within matter.

Respectfully requested,

Date: July 23 2024

ERNEST D. PREATE, JR., ESQ.
PA BAR NO.: 8433

Attorney for Defendant
NICHOLAS DOMBEK

120 S. State Street
Clarks Summit, PA 18411
(215) 439-1177