UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 3:23-CR-149** |
| v. | : | **(JUDGE MANNION)** |
| **JOSEPH ATSUS,** | : | |
| **Defendant** | : | |

### ORDER

Oral arguments are hereby scheduled on the government's sealed motion (Doc. 67) on **Tuesday, August 13, 2024 at 11:30 AM** in Courtroom #2, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 6, 2024**
23-149-11