## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 3:23-CR-149 |
| v. | : | (JUDGE MANNION) |
| **NICHOLAS DOMBEK,** | : | |
| Defendant | : | |

### ORDER

The motion of Ernest D. Preate, Jr., Esquire, to withdraw as counsel for Defendant, Nicholas Dombek, (Doc. 108), is hereby **GRANTED**. Bernard J. Brown, Esquire, is hereby **APPOINTED** to represent Defendant in all matters pertaining to the above-captioned case and is directed to meet with Defendant forthwith to help him complete the required Financial Affidavit (Form CJA 23). If at any time thereafter the Court finds that Defendant is financially able to obtain counsel, or is able to make partial payment for representation, it may terminate the appointment of counsel or authorize payment as provided in Title 18 United States Code, Section 3006A(f). Attorney Preate is also directed to immediately turn over all his files regarding this case to Attorney Brown.

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 13, 2024**
23-149-08