## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America,** | : | **3:23-CR-149** |
| **v.** | : | **(JUDGE MANNION)** |
| **Nicholas Dombek, Damien Boland, Alfred Atsus, and Joseph Atsus,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Given the withdrawal of counsel for Defendant Nicholas Dombek this same day and need to appoint new counsel for him, the Court finds the ends of justice will be served by affording all parties a continuance of trial. *See* 18 U.S.C. §3161(h)(6)). The court finds that this continuance of time outweighs the best interests of the public and the defendants in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv).

The government's deadline to respond to all pretrial motions is hereby extended to **September 26, 2024**.

The Final Pretrial Conference is rescheduled to occur on **Thursday October 3, 2024, at 10:30 am** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton,

Pennsylvania in Courtroom #3 with Jury Selection and Trial to occur on **Monday, October 28, 2024, at 9:30 a.m.** in the same location.

All counsel of record are attached for trial on October 28, 2024 and no further continuances will be granted.

**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 13, 2024**
23-149-12