# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | Criminal No. 3:23-CR-149 |
| v. | : | (JUDGE MANNION) |
| Joseph Atsus, | : | |
| Defendant. | : | |

## ORDER

In accordance with the memorandum filed this same day the government's motion to disqualify Attorney Patrick A. Casey and in turn the law firm Myers, Brier, and Kelly, LLP, as defense counsel for Defendant Joseph Atsus, (Doc. 67), is **DENIED** subject to Defendant's adequate waiver of the conflicts allegedly faced by his counsel. The parties are directed to submit questions for a waiver colloquy by **September 6, 2024**, and the court will thereafter schedule a hearing for that colloquy.

*S/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: August 29, 2024
23-149-01 ORDER