IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-23-149 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| NICHOLAS DOMBEK | : | (Electronically filed) |
| | : | |
| Defendant | : | |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE OBJECTIONS TO PRESENTENCE REPORT

Now comes the Defendant, Nicholas Dombek, by his attorney, Gino Bartolai, Esquire, and files the following Motion for Enlargement of Time to File Objections to the Presentence Report, and in support thereof avers the following:

1. On June 6, 2023, Dombek was charged in an Indictment with one count of conspiracy to commit theft of major artwork, concealment and disposal of major artwork, and interstate transportation of stolen property in violation of Title 18 U.S.C. §371, one count of theft of major artwork, and nine counts of concealment and disposal of major artwork, in violation of Title 18 U.S.C. § 668, and one count of interstate transportation of stolen property in violation of Title 18 U.S.C. §2314.

2. On February 7, 2025, Dombek was found guilty of all counts with the exception of count 2, theft of major artwork, (Everhart Museum), count 4,

concealment of major artwork, (Space Farms Zoo and Museum), and count 12, concealment of major artwork, (Roger Maris Museum).

    3. On February 12, 2025, the Court ordered that a presentence report be prepared.

    4. On April 11, 2025, a draft version of the Presentence Report was disclosed to the parties. The deadline for filing objections to the report is May 28, 2025.

    5. Due to the complexity of the issues and the need to thoroughly review the report with Dombek, the undersigned counsel is seeking an additional 14 days, or until June 11, 2025, to file objections to the Presentence Report.

    6. Prior to filing this motion both AUSA James M. Buchanan and USPO Joni J. Zech were contacted and advised that they do not object to the within request.

WHEREFORE, the Defendant, Nicholas Dombek, respectfully requests that this Honorable Court issue an Order enlarging the time to file objections to the Presentence Report for 14 days or until June 11, 2025.

Respectfully submitted,

Date: May 28, 2025

s/Gino Bartolai
**Gino Bartolai, Esquire**
**Attorney ID# PA 56642**

238 William Street
Pittston, Pennsylvania 18640
(570) 498-1135
E-mail: Bartolai@ptd.net
Attorney for Nicholas Dombek

## **CERTIFICATE OF CONCURRENCE**

I, Gino Bartolai, Esquire, certify that on this date I contacted James M. Buchanan, Assistant United States Attorney, who advised that he does concur in the within **Motion for Enlargement.**

Date: May 28, 2025                                s/Gino Bartolai
                                                            **Gino Bartolai, Esquire**

# CERTIFICATE OF SERVICE

I, Gino Bartolai, Esquire, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Motion for Enlargement,** to the following

> James M. Buchanan, Esquire
> Assistant United States Attorney

and by placing a copy in the United States Mail, First Class, addressed to

> Nicholas Dombek
> Lackawanna County Prison

Date: May 28, 2025                    s/Gino Bartolai
                                      **Gino A. Bartolai, Esquire**