IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149-04 |
| | : | |
| JOSEPH ATSUS, | : | JUDGE MANNION |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

### ORDER

AND NOW, this 20th day of January 2026, upon consideration of the Motion for Leave To Withdraw Appearance, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and Mr. Casey's Appearance shall be deemed **WITHDRAWN** as defense counsel for Defendant Joseph Atsus in the above-captioned matter.

BY THE COURT:

Malachy E. Mannion
United States District Judge