### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:23-CR-00149-MEM (4) |
| -vs- | : | |
| | : | |
| JOSEPH ATSUS | : | (Judge Malachy E. Mannion) |
| Defendant | : | |
| | : | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that the Defendant, Joseph Atsus, appeals to the United States Court of Appeals for the Third Circuit from the Judgment In a Criminal Case imposed in this matter on January 13, 2026 and entered on January 15, 2026 (Doc.# 389).

Respectfully submitted:

BY: _____
Robert M. Buttner, Esquire
I.D. #63368
Counsel for Defendant/Appellant

Date: January 23, 2026

108 N. Washington Avenue, Ste. 400
Scranton, Pennsylvania 18503
Tele: 570.341.5190

## CERTIFICATE OF SERVICE

I, Robert M. Buttner, Esquire, hereby certify that I, on the date written below, served the forgoing document, **Notice of Appeal**, on the following parties, via ECF, Email & U.S. Mail:

James Buchanan, Esquire
United States Attorney's Office
235 North Washington Avenue
Suite 311
Scranton, PA 18501

Respectfully submitted:

BY: _____
Robert M. Buttner, Esquire
I.D. #63368
Counsel for Defendant/Appellant

Date: January 23, 2026

108 N. Washington Avenue, Ste. 400
Scranton, Pennsylvania 18503
Tele: 570.341.5190